**DISMISS; and Opinion Filed February 25, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01131-CV

### IN THE INTEREST OF M.M., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-11941**

## MEMORANDUM OPINION
Before Justices Bridges, O'Neill, and Brown
Opinion by Justice O'Neill

Despite being directed to file his brief no later than January 21, 2014 and cautioned that the appeal would be dismissed if he did not comply, appellant has failed to file a brief. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

131131F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.M., A CHILD

No. 05-13-01131-CV

On Appeal from the 302nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 13-11941.
Opinion delivered by Justice O'Neill.
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Monica McDaniel recover her costs, if any, of this appeal from appellant Xavier Luckey.

Judgment entered this 25th day of February, 2014.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE